Patrick C. Bageant (ISB No. 10291)
HOLLYSTONE LAW
1775 West State Street, No. 286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: 208-686-8247
Email: pbageant@hollystonelaw.com

Thomas J. Lloyd III (ISB No. 7772)
ELAM & BURKE, P.A.
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, ID 83701
Telephone: 208-343-5454
Facsimile: 208-384-5844
Email: tjl@elamburke.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BBQ 4 LIFE, LLC, an Idaho Limited Liability Company, and BRAD TAYLOR, an Individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC., a Texas Corporation,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-140<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW Plaintiffs BBQ 4 LIFE, LLC, and Brad Taylor, and Defendant Dickey's Barbecue Restaurants, Inc., each by and through its undersigned counsel of record, and hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled matter be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Stipulated and Agreed to this 14th day of October, 2019.

  /s/ Thomas J. Lloyd III                              　　  /s/  Barry R. Horwitz                    
Thomas J. Lloyd III (No. 7772)　　　　　　　　Barry R. Horwitz (*pro hac vice*)
ELAM & BURKE, P.A.　　　　　　　　　　　　GREENBERG TRAURIG, LLP
Email: tjl@elamburke.com　　　　　　　　　　 Email: horwitzb@gtlaw.com
*Attorneys for Plaintiffs*　　　　　　　　　　　　*Attorneys for Defendant*

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

CERTIFICATE OF SERVICE

I certify that on October 14, 2019, I filed the foregoing document with the United States District Court for the District of Idaho via CM/ECF, which will cause a copy to be delivered to all attorneys of record.

/s Thomas J. Lloyd III
Thomas J. Lloyd III

4818-8324-9065, v. 1

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**